```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LOUIS GERENA,                        :

              Plaintiff,             :          ORDER

         -against-                   :    11 Civ. 1135 (BSJ)(MHD)

THE CITY OF NEW YORK, et al.,        :

                                     :
              Defendants.
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A conference having been held with counsel for the respective parties today, it is hereby **ORDERED** as follows:

1. Initial disclosures and written discovery requests are to be made by no later than **FRIDAY, JULY 8, 2011.**

2. All fact discovery is to be completed by **THURSDAY, SEPTEMBER 15, 2011.**

3. The parties are to submit a joint pre-trial order by **FRIDAY, SEPTEMBER 30, 2011**, unless a potentially dispositive motion has been served by that date.

Dated: New York, New York
       June 29, 2011

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent today to:

Robert J. Marinelli, Esq.
305 Broadway
14th Floor
New York, NY 10007
(212) 822-1427
Fax: (212) 202-9646

Gregory Paul Mouton, Jr., Esq.
NYC Law Department
100 Church Street
New York, NY 10007
(212) 676-1307
Fax: (212)-788-8896